# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **ZULEMA RODRIGUEZ**, | ) Case No. 1:16-cv-03037 |
| | ) |
| Plaintiff, | ) |
| | ) **PLAINTIFF'S COMPLAINT AND** |
| | ) **DEMAND FOR JURY TRIAL** |
| vs. | ) |
| | ) |
| **SYNCHRONY BANK, N.A.** | ) |
| | ) |
| Defendant. | ) |

NOW COMES Plaintiff, ZULEMA RODRIGUEZ, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settle the instant matter in its entirety. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously as possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* voluntary dismissal, with prejudice, within sixty (60) days.

1

Date: March 24, 2016	**MARTIN & BONTRAGER, APC**

By: /s/ Nicholas J. Bontrager
Nicholas J. Bontrager, Esq.
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
E: Nick@mblawapc.com

Local Address:
1608 S. Ashland Ave #45006
Chicago, IL 60608-2013

Attorney for Plaintiff
ZULEMA RODRIGUEZ