UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ZULEMA RODRIGUEZ**, | Case No. 1:16-cv-03037 |
| Plaintiff, | |
| | **VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| **SYNCHRONY BANK, N.A.** | |
| Defendant. | |

Now comes ZULEMA RODRIGUEZ ("Plaintiff"), by and through her undersigned counsel, and pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(i)* hereby dismisses the instant matter. Plaintiff dismisses her claims *with* prejudice.

Date: May 9, 2016

**MARTIN & BONTRAGER, APC**

By: /s/ Nicholas J. Bontrager
Nicholas J. Bontrager, Esq.
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
E: Nick@mblawapc.com

Local Address:
1608 S. Ashland Ave #45006
Chicago, IL 60608-2013

1